## STATE OF FLORIDA v RODRIGUEZ
### Case Nos. 88-42948B, 88-42950B and 88-42951B
Eleventh Judicial Circuit, Dade County

May 2, 1989

### APPEARANCES OF COUNSEL
Assistant State Attorney Barbanell, for plaintiff.
**Frank Quintero,** for defendant.

### OPINION OF THE COURT
FRED MORENO, Circuit Judge.

THIS CAUSE came before the Court for sentencing after pleas of no contest to three robberies by the 18 year old, first offender (in adult court) defendant. The recommended guidelines suggest a sentence between 2½ to 3½ years.

1. The defendant's chronic drug abuse (cocaine and marijuana), which caused him to commit instant crimes is a valid reason to deviate downward. *State v Salony,* 13 FLW 1253 (3d DCA 5/24/88).

2. Defendant has expressed a motivation to be rehabilitated by participating successfully in the individual and group counselling of the Gelber Treatment Residential Program. This is a valid ground for deviation. *State v Forbes,* 14 FLW 150 (3d DCA 12/27/88); *State v Sachs,* 526 So.2d 48 (Fla. 1988).

3. Emotional immaturity considered in combination with the defendant's age (18) have been found to be valid reasons for downward departure. *State v Myers,* 525 So.2d 333 (Fla. 3d DCA 1987). The record, including the Seymour Gelber Adolescent Treatment Program Progress Report attached, supports the departure from the guidelines.

WHEREFORE, this Court departs slightly downward from the guidelines and places the defendant on 5 years probation with three special conditions as follows: (1) Residential Treatment at the Seymour Gelber Adolescent Program for one year so he can participate in the excellent drug treatment program; (2) In the second year of probation the defendant will participate in the New Corrections Youthful Offender Program and (3) obtain a high school diploma or its equivalent. Were an Appellate Court to find all of the reasons given to deviate from the guidelines to be invalid, the defendant would be allowed to withdraw his *nolo contendere* pleas. Reasons number 2 and 3 alone are sufficient for the downward departure from the guidelines.

DONE AND ORDERED in Open Court this 2nd day of May, 1989 in Miami, Dade County, Florida.

# DEPARTMENT OF HUMAN RESOURCES

OFFICE OF REHABILITATIVE SERVICES
OFFICE OF THE DIRECTOR
SEYMOUR GELBER ADOLESCENT TREATMENT PROGRAM

---

SEYMOUR GELBER ADOLESCENT TREATMENT PROGRAM PROGRESS REPORT

Antonio Rodriquez                    Honorable Judge Fred Moreno
D.O.B.:  3-7-71                           CASE#:  88-42951B/88-42950B
D.O.A.:  12-22-88               REPORT DATE:  4-27-89

Antonio Rodriquez is a 18 year old hispanic male who was admitted
to our program on 12-22-89, referred by Juvenile TASC.  Antonio has
a history of substance abuse involving cocaine and marijuana.

Antonio has adjusted well to our therapeutic environment and shows
motivation to address his substance abuse problem.  He has been
participating in individual and group sessions and has shown
leadership qualities.  Antonio has not presented significant
behavior problems and relates well with staff and peers.  Antonio
is in the 10th grade.  He is performing well in school.

In our opinion, Antonio should continue in treatment as he has shown
potiential to benefit from the therapeutic environment.  Antonio is
expected to graduate from our program at the end of June, 1989.

Maria Fernandez, LCSW,  ACSW
Clinical Health Service Counselor

11025 SW 84TH STREET    •    COTTAGE #11 & 13    •    MIAMI, FLORIDA 33173    •    (305) 279-6625

127

# NEW CORRECTIONS YOUTHFUL OFFENDER PROGRAM

**DADE COUNTY PUBLIC SCHOOLS**

OFFICE OF VOCATIONAL, ADULT, AND COMMUNITY EDUCATION

1988 - 1989

THE SCHOOL BOARD OF DADE COUNTY, FLORIDA

Dr. Michael Krop, Chairman
G. Holmes Braddock, Vice-Chairman
Dr. Rosa Castro Feinberg
Betsy Kaplan
Janet R. McAliley
Robert Renick
William H. Turner

Dr. Joseph A. Fernandez
Superintendent of Schools

The School Board of Dade County, Florida adheres to a policy of non-discrimination in educational programs/activities and employment and strives affirmatively to provide equal opportunity for all as required by:

Title VI of the Civil Rights Act of 1964 - prohibits discrimination on the basis of race, color, religion, or national origin.

Title VII of the Civil Rights Act of 1964, as amended - prohibits discrimination in employment on the basis of race, color, religion, sex, or national origin.

Title IX of the Education Amendments of 1972 - prohibits discrimination on the basis of sex.

Age Discrimination Act of 1967, as amended - prohibits discrimination on the basis of age with respect to individuals who are at least 40.

Section 504 of the Rehabilitation Act of 1973 - prohibits discrimination against the handicapped.

Florida Educational Equity Act - prohibits discrimination on the basis of race, sex, national origin, marital status or handicap against a student or employee.

Veterans are provided re-employment rights in accordance with P.L. 93-508 (Federal) and Section 295.07, Florida Statutes, which also stipulates categorical preferences for employment.

## BUILDING A BRIGHTER FUTURE

## FOR A BETTER TOMORROW

## WHO ARE WE:

### New Corrections/Youthful Offender Program

The purpose of our program is to provide services to Youthful Felony Offenders. This is done in the form of Counseling, Educational and Vocational Training, and placement, of those who meet the state's definition of "long-term unemployed" under the Florida Employment and Training Plan. This program works directly with individuals encountering special barriers to employment.

## FUNDING:

We are funded through the Florida Department of Labor and Employment Security. We have been alloted 100 slots for the program.

## WHO IS INVOLVED:

* Dade County Public Schools
* Florida Department of Corrections
* Dade County Criminal Justice System

## REFERRALS:

We are currently getting the majority of our referrals from the Department of Corrections, the Florida Wilderness Institute Incorporated, and the Eckerd Youth Development Center.

## PARTICIPATING SCHOOLS:

Lindsey Hopkins Technical Education Center
Miami Dorsey Skill Center
Miami Lakes Technical Education Center
Miami Skill Center
Robert Morgan Vocational Technical Institute
South Dade Skill Center

## WHO IS ELIGIBLE:

Felony Offenders
Ages 16-21
Unemployed

## PROGRAMS:

Auto Mechanics/Auto Body
Building Maintenance
Commercial Foods
Commercial Vehicle Driving
Hotel
Office Procedures
Printing
Welding
Word Processing
and more..........

## CONTACT:

Maria D. Cox, Program Coordinator
Marilyn G. Westfield, Program Coordinator
691-2462

## GOALS AND OBJECTIVES:

The program provides two counselors to work with referrals during the intake and placement process. After intake is completed Dade County Public Schools will provide educational assessment and counseling. Upon completion of such, an Individualized Educational Plan (IEP) will be prepared for each client. Training at the appropriate institution will then be provided by Dade County Public Schools. The curriculum to be implemented will include Dade County Public Schools standard vocational curricula. A maximum of 650 hours training time, and intensive employability skills training. During the training cycle a placement specialist will be working with each client in developing an appropriate permanent job. The jobs will be training related and a minimum of 30 hours per week to be considered full time.

Clients will be provided with supplementary services in the form of textbooks, uniforms, supplies and materials, as needed to successfully complete job training.

129